# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 14-2177 |
|---|---|
| **Originating No. & Caption** | 8:13-cv-00867-BHH; Boisvert v. Techtronic Industries NA, et al. |
| **Originating Court/Agency** | U.S. District Court, District of South Carolina, Anderson division |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | September 29, 2014 | |
| Date notice of appeal or petition for review filed | October 29, 2014 | |
| If cross appeal, date first appeal filed | Not applicable. | |
| Date of filing any post-judgment motion | Not applicable. | |
| Date order entered disposing of any post-judgment motion | Not applicable. | |
| Date of filing any motion to extend appeal period | Not applicable. | |
| Time for filing appeal extended to | Not applicable. | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/30/2013
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | Not applicable. | |
| Case number of any pending appeal in same case | Not applicable. | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 14-2180, 14-2190 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ⦿ Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff brought suit for personal injuries he suffered as a result of his use of a defective table saw designed, manufactured and sold by Techtronic Industries North America, Inc., One World Technologies, Inc., and Ryobi Technologies, Inc. ("Defendants").  Defendants filed a motion for summary judgment (the "Motion") alleging that the South Carolina Door Closing Statute, S.C. Code Ann. § 15-5-150, bars Plaintiff's claims in their entirety.  On September 29, 2014, District Court Judge Bruce H. Hendricks granted the Motion and dismissed Plaintiff's case without prejudice. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Plaintiff is challenging the constitutionality of South Carolina's Door Closing Statute based on the Full Faith and Credit and the Privileges and Immunities clauses of the U.S. Constitution. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Techtronic Industries North America, Inc. | Adverse Party: One World Technologies, Inc. |
| Attorney: Christopher C. Yearout<br>Address: Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203 | Attorney: Christopher C. Yearout<br>Address: Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203 |
| E-mail: cyearout@lightfootlaw.com | E-mail: cyearout@lightfootlaw.com |
| Phone: 205-581-0700 | Phone: 205-581-0700 |
| **Adverse Parties (continued)** ||
| Adverse Party: Ryobi Technologies, Inc. | Adverse Party: |
| Attorney: Christopher C. Yearout<br>Address: Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203 | Attorney:<br>Address: |
| E-mail: cyearout@lightfootlaw.com | E-mail: |
| Phone: 205-581-0700 | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Henry P. Boisvert, III<br><br>Attorney: Eric D. Pearson<br>Address: Heygood, Orr & Pearson<br>2331 W. Northwest Highway, 2nd FL<br>Dallas, TX 75220<br><br>E-mail: eric@hop-law.com<br><br>Phone: 231-237-9001 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/Eric D. Pearson     **Date:** 11/13/14

**Counsel for:** Henry P. Boisvert, III

**Certificate of Service**: I certify that on 11/13/14 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| B. Allen Clardy, Jr., Esq<br>1001 E. Washington St.<br>Greenville, SC 29601 | |

Signature: /s/Eric D. Pearson     Date: 11/13/14