FILED: November 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2177 (L)
(8:13-cv-00867-BHH)
_____

HENRY P. BOISVERT, III

      Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

      Defendants - Appellees

_____

No. 14-2180
(8:13-cv-00871-BHH)
_____

ARTHUR W. KENNEDY

      Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

      Defendants – Appellees

———————————

No. 14-2190
(8:13-cv-02345-BHH)

———————————

CHARLES KAUFMAN

      Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

      Defendants - Appellees

———————————

O R D E R

———————————

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 14-2177, Case No. 14-2180 and Case No. 14-2190.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk