FILED: December 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2177 (L)
(8:13-cv-00867-BHH)
_____

HENRY P. BOISVERT, III

    Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD
TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

    Defendants - Appellees

_____

No. 14-2180
(8:13-cv-00871-BHH)
_____

ARTHUR W. KENNEDY

    Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD
TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

    Defendants - Appellees

_____

No. 14-2190
(8:13-cv-02345-BHH)
_____

CHARLES KAUFMAN

      Plaintiff - Appellant

v.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk